UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTA KYLE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>JOE LIZARRAGA,<br><br>　　　　　　Respondent. | Case No. 2:19-cv-09798-PA-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Amended Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Amended Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the Request to Amend be DENIED, the Petition be DENIED, and that Judgment be entered dismissing this action with prejudice.

Dated:  September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge