1
2
3
4
5                              JS-6
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11
12   DONTA KYLE,                          Case No. 2:19-cv-09798-PA-SHK
                        Petitioner,
13                                        **JUDGMENT**
14              v.
15   JOE LIZARRAGA,
16                      Respondent.
17
18       Pursuant to the Order Accepting Findings and Recommendation of United
19   States Magistrate Judge,
20       IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.
21
22   Dated:  September 23, 2021
23                                        _____
                                          PERCY ANDERSON
24                                        United States District Judge
25
26
27
28